UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>USPACK LOGISTICS, LLC and FRANK POWELL,<br><br>Defendants. | Civil Action No. 4:20-cv-40009-TSH |

## JOINT RESPONSE TO ORDER ON NON-PARTY DRIVERS' MOTION TO QUASH DEFENDANTS' SUBPOENAS

In response to the Court's Order on Non-Party Drivers' Motion to Quash Defendants' Subpoenas [Dkt. No. 57], the Secretary of Labor, counsel for the non-party drivers who filed the motion to quash, and Defendants submit the [Proposed] Stipulated Protective Order attached hereto as Exhibit A.

For the Secretary:
Seema Nanda
Solicitor of Labor

Maia S. Fisher
Regional Solicitor
/s/ Mark A. Pedulla
Mark A. Pedulla
Counsel for Wage & Hour
pedulla.mark.a@dol.gov
MA BBO No. 685925

Susan G. Salzberg
Senior Trial Attorney
U.S. Department of Labor
Attorneys for Plaintiff
Post Office Address:
JFK Federal Building—Room E-375
Boston, Massachusetts 02203

For Defendants:
/s/ Douglas J. Hoffman
Douglas J. Hoffman, BBO #640472
JACKSON LEWIS, PC
75 Park Plaza, 4th Floor
Boston, MA 02116
(617) 367-0025; FAX: (617) 367-2155
douglas.hoffman@jacksonlewis.com
carmen.francella@jacksonlewis.com

Eric R. Magnus
Georgia Bar No. 801405
JACKSON LEWIS, PC
171 17th St., NW, 12th Floor
Atlanta, GA 30363
(404) 525-8200; FAX: (404) 525-1173
eric.magnus@jacksonlewis.com

For the Non-Party Drivers:
/s/ Zachary L. Rubin
Harold Lichten, BBO#549689
Zachary L. Rubin, BBO#704485
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02114
(617) 994-5800
hlichten@llrlaw.com
zrubin@llrlaw.com

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that this document and its attachment was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on November 10, 2021.

                                                  /s/ Mark A. Pedulla\_\_\_\_
                                                  Mark A. Pedulla
                                                  Counsel for Wage & Hour