UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * * * *
EUGENE SCALIA, Secretary of Labor,      *
United States Department of Labor,[1]   *
                                        *
                                        *
               Plaintiff,               *
                                        *   CIVIL ACTION
     v.                                 *
                                        *   NO. 4:20-CV-40009
US PACK LOGISTICS, LLC AND FRANK        *
POWELL,                                 *
                                        *
                                        *
               Defendants.              *
* * * * * * * * * * * * * * * * * * * * * * * * * * *
```

## JOINT MOTION TO EXTEND CERTAIN DEADLINES

The parties jointly move the Court to extend some of the remaining deadlines in this case. Specifically, the parties move the Court for the following extensions:

- The expert designation and report deadline be extended from February 7, 2022 to March 31, 2022;

- The expert deposition deadline be extended from March 10, 2022 until April 29, 2022;

- The fact discovery deadline be extended until 30 days after Defendants receive responsive tax documents from at least 50% of the non-party Drivers; however, in the event Defendants do not receive responsive tax documents from at least 50% of the Drivers within four months of any order on this motion, the Secretary of Labor

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Secretary of Labor Martin J. Walsh is automatically substituted as the proper Plaintiff in this case.

reserves the right to file a motion seeking a date certain for discovery to close. Likewise, the Defendants reserve the right to oppose any such motion.; and

- The dispositive motions and amended pleadings deadlines be extended until 90 days after the close of fact discovery.

In support of these deadline extensions the parties state as follows:

1. On May 27, 2021, the Defendants issued subpoenas to 62 of the non-party drivers listed in Exhibit A of the Secretary's Amended Complaint.

2. Thirteen of the 62 non-party drivers filed a Motion to Quash Defendants' Subpoenas. (Dkt. No. 53).

3. On November 2, 2021, the Court (Magistrate Judge Hennessey) held a hearing on this motion to quash and, on November 3, 2021, Magistrate Hennessey largely granted the drivers' motion, with the exception that the Defendants can issue new subpoenas seeking all federal tax schedules or filings for the calendar years 2017 and 2018 which reflect income from and/or business expenses for any courier services provided by a non-party driver. (Dkt. No. 57).

4. The Order also specified that drivers could respond to the subpoenas either by producing the responsive tax documents or by opting to have the Secretary of Labor obtain those documents directly from the IRS. (Dkt. No. 57).

5. On February 4, 2022, the parties, and the non-party drivers, filed a motion to amend Judge Hennessey's November 3, 2021 Order. (Dkt No. 63).[2]

---

[2] As stated in the Motion to Amend Judge Hennessey's Order , Defendants' assent to that motion is conditioned on the Court's approval of this Joint Motion to Extend Certain Deadlines, as the delay in production of the tax records is prejudicing Defendants' ability to defend this case.

6. The motion to amend Judge Hennessey's Order is pending, and the outcome of that motion will affect the timelines in this case. As a result of the parties' conferrals regarding the motion to amend Judge Hennessey's Order, Defendants have refrained from filing a motion to compel the Secretary of Labor and the non-party drivers to comply with the Court's November 3, 2021 Order, and Defendants have not yet issued the revised subpoenas. Therefore, to date Defendants have not received any responsive documents.

7. In addition, the Secretary has not yet received certain document productions from Defendants that are relevant to the Secretary's expert analysis in this case, including GPS-related documents.

In view of the foregoing, the parties respectfully request that the Court grant this motion.

Respectfully submitted

Seema Nanda
Solicitor of Labor

Maia S. Fisher
Regional Solicitor

Mark A. Pedulla
Wage Hour Counsel

/s/ Susan G. Salzberg
Susan G. Salzberg BBO #556437
Senior Trial Attorney
Post Office Address
U.S. Department of Labor
Office of the Solicitor
JFK Federal Bldg., Room E-375
Boston, MA 02203
salzberg.susan@dol.gov
TEL: 617-565-2500
FAX: 617-565-2142

USPACK LOGISTICS, LLC and FRANK
POWELL
By their attorneys,

/s/ Douglas J. Hoffman
Douglas J. Hoffman (BBO #640472)
Jackson Lewis P.C.
75 Park Plaza, 4th Floor
Boston, MA 02116
(617) 367-0025
(617) 367-2155 (fax)
hoffmand@jacksonlewis.com

Eric R. Magnus (admitted *pro hac vice*)
Jackson Lewis, P.C.
171 17th Street, NW
Suite 1200
Atlanta, GA 30363
(404) 586-1820; FAX: (404) 525-1173
eric.magnus@jacksonlewis.com

## CERTIFICATE OF SERVICE

I hereby certify this document, filed through the ECF system on February 4, 2022, shall be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

/s/Susan G. Salzberg
U.S. Department of Labor
Office of the Regional Solicitor
JFK Federal Building
Room E-375
Boston, MA 02203
Salzberg.susan@dol.gov

4854-0644-8908, v. 1